**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50149 |
| Plaintiff - Appellee, | D.C. No. 3:09-cr-03836-WQH |
| v. | |
| MANUEL ELISEO MARTINEZ-ESCOBEDO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
William Q. Hayes, District Judge, Presiding

Submitted January 17, 2012[**]

Before:     LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

Manuel Eliseo Martinez-Escobedo appeals from the 75-month sentence
imposed following his conviction for being a deported alien found in the United
States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. Appellant. P. 34(a)(2).

§ 1291, and we affirm.

Martinez-Escobedo contends that the below-Guidelines sentence was substantively unreasonable. The record reflects that the sentence is substantively reasonable in light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors. *See Gall v. United States*, 552 U.S. 38, 51 (2007).

Martinez-Escobedo's contention that *Nijhawan v. Holder*, 129 S. Ct. 2294 (2009), overruled *Almendarez-Torres v. United States*, 523 U.S. 224 (1998), is foreclosed by *United States v. Valdovinos-Mendez*, 641 F.3d 1031, 1035-36 (9th Cir. 2011).

**AFFIRMED.**